

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

James T. McGee, Jr., v. Board of Education of the City of New York.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Allied Grand Doll Manufacturing Co., Inc., v. Globe Indemnity Company.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

The People of the State of New York v. James C. Richardson.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

The People of the State of New York v. James A. O'Connor.— Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

Saul Roman, an Infant, by Carlos M. Rios, His Guardian ad Litem, et al. v. City of New York.—

Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

John A. Stephen, Formerly Known as Hans Augstein, et al. v. Zivnostenska Banka, National Corporation, et al.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

## (October 31, 1961)

In the Matter of Darby Woolen Co., Inc., Respondent, v. Excelsior Mills, Inc., Appellant.—

No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of Milliken Woolens, Inc., Appellant, v. Darby Woolen Co., Inc., Respondent.—

No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of the Arbitration between David B. Solove, as General Partner of 769 Investment Company, Appellant, and Aaron Goldenberg et al., Respondents.—

No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Charles Segal et al., Appellants, v. Perera Company, Inc., Respondent.—